IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Darreus A. Isaac,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Anthony W. Jordan, Unknown SLED Agent 1,<br>Unknown SLED Agent 2,<br><br>　　　　　　Defendants. | C/A No. 4:24-cv-5777-SAL-TER<br><br><br>**ORDER** |

　　　　This is an action filed by a state prisoner. This case is before the court due to Plaintiff's failure to comply with the magistrate judge's order to provide service documents. [ECF No. 6.] The order, which was issued and mailed to Plaintiff on October 25, 2024, was not returned as undeliverable.

　　　　The mail in which the Order was sent to Plaintiff's provided address has not been returned to the court; thus, it is presumed that Plaintiff received the Order but has neglected to comply with the Order within the time permitted under the Order. The court has not received a response from Plaintiff, and the time for compliance has passed. Further, the magistrate judge specifically informed Plaintiff that if he failed to comply with the Order, this case would be subject to dismissal.

　　　　Plaintiff's lack of response to the Order indicates an intent to not prosecute this case and subjects this case to dismissal. *See* Fed. R. Civ. P. 41(b) (district courts may dismiss an action if a Plaintiff fails to comply with an order of the court); *see also Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989) (dismissal with prejudice appropriate where warning given); *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir. 1982) (court may dismiss *sua sponte*).

Accordingly, this case is dismissed without prejudice. The Clerk of Court shall close the file.

IT IS SO ORDERED.

December 4, 2024  
Columbia, South Carolina

Sherri A. Lydon  
United States District Judge

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.